OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

*RTS*

02 1R    $ 00.26⁵
0002003152    FEB09 2015
MAILED FROM ZIP CODE 78701

2/4/2015

**BROUSSARD, JOHN GERALD**  Tr. Ct. No. 513336-A    **WR-32,946-02**

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, **310 S.W.3d 452** **(Tex. Crim. App. 2010).**

Abel Acosta, Clerk

— Discharged —

JOHN GERALD BROUSSARD
~~— TDC # 497206~~

NOT DELIVERABLE
AS ADDRESSED
RETURN TO SENDER

N3B 76511